UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE AN ORIGINAL AND ONE COPY OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN TEN (10) CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| CASE TITLE<br>BERLINCA EASTERLING, on behalf of herself and all others similarly situated<br>vs.<br>COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA | DISTRICT<br>Western District of New York | DOCKET NUMBER<br>09-CV--669 |
| | JUDGE<br>John T. Curtin | APPELLANT<br>Berlinca Easterling |
| | COURT REPORTER<br>n/a | COUNSEL FOR APPELLANT<br>Joseph D. Clark |

Check the applicable provision:
- ☐ I am ordering a transcript.
- ☑ I am not ordering a transcript

Reason for not ordering a transcript:
- ☐ Copy is already available
- ☑ No transcribed proceedings
- ☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- ☐ PREPARE TRANSCRIPT OF TRIAL
- ☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- ☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* Fed. R. App. P. 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by the Civil Appeals Management Plan, the Fed. R. App. P., and the local rules.

| COUNSEL'S SIGNATURE<br>/s/ Joseph D. Clark | DATE<br>August 21, 2011 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

FORM D (Rev. April 2005)