# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 30, 2012
Docket #: 11-3209cv
Short Title: Easterling v. Collecto, Inc.

DC Docket #: 09-cv-669
DC Court: WDNY (BUFFALO)
DC Judge: Curtin
Scott

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
    Plaintiff-Appellant Berlincia Easterling

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
    Defendant-Appellee Collecto, Inc.

and in favor of
    Plaintiff-Appellant Berlincia Easterling

for insertion in the mandate.

Docketing Fee       $455.00

Costs of printing appendix (necessary copies  10  )  $2,000.57

Costs of printing brief (necessary copies  11  )  $303.76

Costs of printing reply brief (necessary copies  11  )  $285.79


**(VERIFICATION HERE)**

I hereby verify that the above Bill of Costs and
attached statements are an accurate statement
of the taxable costs incurred in this matter.

/s/Brian L. Bromberg
_____
Signature



**PrintingHousePress**
**10 East 39th Street, 7th Floor**
**New York, NY 10016**
Phone: (212) 719-0990   Fax: (212) 398-9253

To:  Brian L. Bromberg, Esq.
     Bromberg Law Office, P.C.
     40 Exchange Place, Suite 2010
     New York, NY 10005

# Invoice #29967

*Please refer to invoice number with Payment*

<div style="color:red; border:1px solid red;">
If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.
</div>

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 11/21/2011 | Net 30 Days | Paul LaMar | Court of Appeals for the 2nd. Circuit |

**Berlincia Easterling v. Collecto, Inc.**
**Appendix and Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 286 | Appendix Pages (10 Copies) @ | 3.75 | 1,072.50 |
| 1 | Typeset Cover @ | 125.00 | 125.00 |
| 4 | Typeset Table(s) of Contents @ | 80.00 | 320.00 |
| 3 | Paralegal Hour(s) @ | 90.00 | 270.00 |
| 10 | Perfect Bound Books @ | 5.00 | 50.00 |
|  | **Appellant's Brief (11 Copies)** |  |  |
| 27 | Brief Pages (includes covers & binding) @ | 10.33 | 279.00 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |
| 1 | U.S. Mail/Handling(s) @ | 6.30 | 6.30 |

**Docket Number: 11-3209-cv**

|  |  |
|---|---|
| Subtotal: | **2,197.80** |
| Sales Tax: | **195.05** |
| Total Invoice Amount: | **2,392.85** |
| Payment Received: | **2,392.85** |

**Please remit payment by:  12/21/2011**         **Total Amount Due:         0.00**

Tax ID: 13-3771850



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

To:   Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005

# Invoice #30574
*Please refer to invoice number with Payment*

<span style="color:red">If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.</span>

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 1/27/2012 | Net 30 Days | Paul LaMar | Court of Appeals for the 2nd. Circuit |

**Berlincia Easterling v. Collecto, Inc.
Reply Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 14 | Reply Brief Pages - 11 Copies (includes covers & binding) @ | 18.75 | 262.50 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |
| 1 | U.S. Mail/Handling(s) @ | 4.80 | 4.80 |

*Docket Number: 11-3209-cv*

|  |  |
|---|---|
| Subtotal: | **342.30** |
| Sales Tax: | **30.38** |
| Total Invoice Amount: | **372.68** |
| Payment Received: | **372.68** |

**Please remit payment by:   2/26/2012**      **Total Amount Due:      Paid in Full**

Tax ID: 13-3771850

18795 Paul LaMar  49068  (212) 248-7906                    Page 1 of 1

# Certificate of Service

I, Brian Bromberg, an attorney, hereby certify that on September 5, 2012, I served the foregoing document by regular first-class mail upon the following individuals at the following addresses:

Bradley J. Levien, Esq.
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
17 West John Street, Suite 200
Hicksville, NY 11801

Dated:   New York, New York
         September 5, 2012

                                    /s/ Brian l. Bromberg
                                    Brian L. Bromberg